# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DUSTIN J. MERRYFIELD,

        Plaintiff,

v.                                        Case No. 5:21-cv-03255-DDC-KGG

LAURA HOWARD, Secretary of KDADS;
TONYA TAYLOR, APD SPTP;
DR. MARC QUILLEN, CPD SPTP; STACEY
PAIGE, Director of Parsons Reintegration;
HALEIGH BENNETT, Program Manager;
MARSHAL NEWELL, Property Officer SPTP,
JANE and JOHN DOES, et al.,

        Defendants.

## Motion for Judgment on the Pleadings

Defendants move the Court pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings on each of plaintiff's claims. A memorandum in support has been filed contemporaneously with this motion.

                                                      **FISHER, PATTERSON, SAYLER & SMITH, LLP**
                                                      3550 S.W. 5th Street
                                                      Topeka, Kansas 66606
                                                      Tel: (785) 232-7761 | Fax: (785) 232-6604
                                                      dcooper@fpsslaw.com | bporter@fpsslaw.com

                                                      **s/Blake K. Porter**
                                                      David R. Cooper                        #16690
                                                      Blake K. Porter                         #28289
                                                      **Attorneys for Defendants Howard, Taylor,**
                                                      **Quillen, Paige, Bennett, and Newell**

{T0475467}

## Certificate of Service

      I hereby certify that I electronically filed the foregoing on the 5th day of July, 2022, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

      I further certify that on the same date, a copy was placed in the United States mail, postage prepaid, addressed to:

Dustin J. Merryfield
Larned State Hospital
Isaac Ray Building
1301 KS Highway 264
Larned, Kansas 67550
**Plaintiff** *Pro Se*

                                                **s/Blake K. Porter**